1  Stephen G. Pongratz, Esq.   SBN #131276
   **BEYER, PONGRATZ & ROSEN**
2  3230 Ramos Circle
   Sacramento, CA  95827
3  Phone:  (916) 369-9750
   Fax:       (916) 369-9760
4
   Attorney for: Plaintiff
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COTTLE<br><br>            Plaintiff,<br><br>       vs.<br><br>AON SERVICE CORPORATION<br><br>            Defendant | Case No.: 2:06-cv-1807-MCE-EFB<br><br><br>**ORDER** |

   FOR GOOD CAUSE SHOWING, this entire action identified above is hereby dismissed as to all parties with prejudice, each party to bear their own attorney fees and costs.

DATED: September 28, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Proposed Order** - 1